IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENEE AMBER LAGAISSE,

    Plaintiff,

v.

LAVERNE C. LAGAISSE,
RICHARD W. SHEFFER,
KENNETH W. SHEFFER and
JIM TROUSCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-159-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.


_____       3/16/2011
Peter Oppeneer, Clerk of Court            Date